UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE A. KELLEY,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>      Defendant. | No.  CV-12-0466-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: December 18, 2013

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Pam Howard*
                                   Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**